1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

| | |
|---|---|
| TERRY CORYELL, | ) |
| | ) |
| | ) Case No. 2:18-cv-00593-GMN-NJK |
| Plaintiff(s), | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| DEPARTMENT OF THE NAVY, et al., | ) |
| Defendant(s). | ) |
| | ) |

16

17      Each non-governmental party is required to file a certificate of interested parties concurrently

18  with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c).  Plaintiff failed to file

19  a certificate of interested parties.  Accordingly, Plaintiff must file a certificate of interested parties no

20  later than April 6, 2018.

21      IT IS SO ORDERED.

22      Dated: April 3, 2018

23
24      _____
         Nancy J. Koppe
25      United States Magistrate Judge

26
27
28