SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: Samantha.Martin@richardharrislaw.com
Attorney for Plaintiff

JAMES B. GREER, ESQ.
(*Engagement of Local Counsel*
*and Pro Hac Vice Forthcoming*)
**RANDALL | GREER PLLC**
5910 N. Central Expressway, Ste. 925
Dallas, Texas 75206
Telephone: (214) 628-9966
Facsimile: (214) 628-9967
jgreer@rglaw.com
Attorney for Defendant Trinity Industries, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CORYELL, Individually,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY; CMI CORPORATION; TRINITY INDUSTRIES, INC.; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | CASE NO.: 2:18-cv-00593-GMN-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TRINITY INDUSTRIES, INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW, Plaintiff Terry Coryell ("Plaintiff") and Defendant Trinity Industries Inc. ("Defendant"), by and through their counsel of record, and hereby stipulate and agree to allow the Defendant an additional sixty (60) days to respond to Plaintiff's Complaint.

Plaintiff commenced this action with the Complaint filed April 2, 2018. Plaintiff served Defendant with the Complaint on April 18, 2018. Defendant's response is currently due on May 9, 2018.

In the interim, on April 26, 2018, Defendant served Plaintiff with correspondence which Defendant contends demonstrates that Defendant is not a proper party to this action. Specifically, Defendant contends this correspondence attached documentation demonstrates that it did not (1) manufacture, (2) place into the stream of commerce, or (3) assume any liabilities related to the design, manufacture, or marketing of the subject grinder. Under applicable law, the facts outlined in this correspondence—if true—preclude any liability on the part of Defendant as a matter of law.

So as to (1) allow Plaintiff a meaningful opportunity to investigate the accuracy of the documentation provided by Defendant, and (2) correspondingly allow the Defendant in the interim to forgo further litigation expenses, including those associated with engagement of local counsel, the parties stipulate and jointly request that the Defendant's response to the Complaint will—subject to the Court's approval—now be due on July 8, 2018.

DATED this 8th day of May, 2018

/s/ Samantha A. Martin

_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
***Attorney for Plaintiff***

DATED this 8th day of May, 2018

/s/ James B. Greer

_____
JAMES B. GREER
(*Engagement of Local Counsel and Pro Hac Vice Forthcoming*)
Texas Bar No. 24014739
5910 N. Central Expressway, Ste. 925
Dallas, Texas 75206
***Attorney for Defendant Trinity Industries, Inc.***

# ORDER

Pursuant to the foregoing stipulation and good cause showing therefore: Defendant Trinity Industries, Inc. will have until July 9, 2018, to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: ___May 8, 2018_____