Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:      (702) 938-3838
Facsimile:      (702) 938-3864

*Attorney for Defendant*
*CMI Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY CORYELL, individually,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF THE NAVY; CMI<br>CORPORATION; TRINITY INDUSTRIES, INC.;<br>DOES I – X, and ROE CORPORATIONS I – X,<br>inclusive,<br><br>        Defendants. | Case No.:      2:18-cv-00593-GMN-NJK<br><br><br>**AMENDED STIPULATION AND<br>ORDER TO EXTEND TIME<br>TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff **TERRY CORYELL** and Defendant **CMI CORPORATION**, by and through their respective attorneys of record, hereby stipulate to extend the time within which Defendant **CMI CORPORATION** may respond to Plaintiff's Complaint, as follows;

WHEREAS Defendant **CMI CORPORATION** is presently required to respond to Plaintiff's Complaint on or before May 29, 2018;

WHEREAS the parties submitted a Stipulation on May 29, 2018, which was denied without prejudice on May 30, 2018;

///

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
(702) 938-3838

1   WHEREAS the specific manufacture date and identifying information of the subject

2   product have not yet been determined to allow Defendant to meaningfully respond to Plaintiff's

3   Complaint;

4   WHEREAS the parties agree that additional time is needed for Defendant to be able to

5   gather information for a meaningful response to Plaintiff's Complaint;

6   WHEREAS Plaintiff has agreed that Defendant **CMI CORPORATION** may be allowed

7   an additional thirty (30) calendar days within which to respond;

8   WHEREAS an additional thirty days for Defendant **CMI CORPORATION** to respond

9   to Plaintiff's Complaint will not alter the date of any event or deadline already fixed by Court

10  order;

11  WHEREAS this is the first request for an extension of this deadline, and the Court has

12  not granted any previous extensions of the deadline;

13

14  NOW, THEREFORE IT IS HEREBY STIPULATED by and between the parties hereto,

15  that Defendant **CMI CORPORATION** will respond to Plaintiff's Complaint on or before June

16  28, 2018.

17

18  DATED this 30th day of May, 2018.

19  ___/s/ Samantha A. Martin_____          ____/s/ Howard J. Russell_____
    Samantha A. Martin, Esq.               Howard J. Russell, Esq.
20  RICHARD HARRIS LAW FIRM                WEINBERG, WHEELER, HUDGINS,
    801 S. Fourth St.                          GUNN & DIAL, LLC
21  Las Vegas, NV 89101                    6385 S. Rainbow Blvd., Suite 400
                                           Las Vegas, NV 89118
22  *Attorney for Plaintiff*
                                           *Attorney for Defendant CMI Corporation*
23

24

25  **IT IS SO ORDERED:**

26  _____
    UNITED STATES MAGISTRATE JUDGE
27  DATED: __June 1, 2018_____