SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: Samantha.Martin@richardharrislaw.com
Attorney for Plaintiff

JAMES B. GREER, ESQ.
**RANDALL | GREER PLLC**
5910 N. Central Expressway, Ste. 925
Dallas, Texas 75206
Telephone: (214) 628-9966
Facsimile: (214) 628-9967
jgreer@rglaw.com
Attorney for Defendant Trinity Industries, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CORYELL, Individually, </br></br> Plaintiff, </br> vs. </br></br> UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY; CMI CORPORATION; TRINITY INDUSTRIES, INC.; DOES I-X, and ROE CORPORATIONS I-X, inclusive, </br></br> Defendants | CASE NO.: 2:18-cv-00593-GMN-NJK </br></br> **RULE 41(a)(2) STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER** |

  Plaintiff Terry Coryell ("Plaintiff") and Defendant Trinity Industries Inc. ("Trinity"), by and through their counsel of record, file this Stipulation of Dismissal Without Prejudice as to Plaintiff's claims against Trinity (the "Stipulation") pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure, and their prior Joint Stipulation and Order Extending Time for Trinity to Response to Plaintiff's Original Complaint. [Doc.16].

The parties to this Stipulation respectfully request that each bear their own cost's and attorneys' fees.

DATED this __20th__ day of June, 2018

/s/ Samantha A. Martin                    /s/ James B. Greer

_____            _____
SAMANTHA A. MARTIN, ESQ.                  JAMES B. GREER
Nevada Bar No. 12998                      Texas Bar No. 24014739
**RICHARD HARRIS LAW FIRM**               **RANDALL | GREER PLLC**
801 South Fourth Street                   5910 N. Central Expressway, Ste. 925
Las Vegas, Nevada 89101                   Dallas, Texas 75206
*Attorney for Plaintiff*                  *Attorney for Defendant Trinity Industries, Inc.*

### ORDER

In accordance with the foregoing Stipulation, the Court dismisses Plaintiff's claims against Trinity pursuant Rule 41(a)(2) of the Federal Rules of Civil Procedure without prejudice to their refiling.

**IT IS SO ORDERED.**

DATED this __30__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**RULE 41(a)(2) STIPULATION OF DISMISSAL WITHOUT PREJUDICE**